PATRICK J. DOOLEY, complainant-appellee,

*v.*

LEHIGH VALLEY RAILROAD COMPANY OF PENNSYLVANIA, a corporation, and BROTHERHOOD OF RAILWAY AND STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS AND STATION EMPLOYEES, an unincorporated association, defendants-appellants.

[Submitted February term, 1942.   Decided April 23d, 1942.]

*Mr. Michael M. Kane (Mr. Abraham J. Slurzberg,* of counsel), for the complainant-appellee.

*Messrs. Collins & Corbin (Mr. Edward A. Markley* and *Mr. Charles W. Broadhurst,* of counsel), for the defendant-appellant Lehigh Valley Railroad Company.

*Mr. Amerigo D'Agostino (Mr. Kenneth J. Dawes* and *Mr. Clarence M. Mulholland,* of counsel), for the defendant-appellant Brotherhood of Railway and Steamship Clerks, Freight Handlers, Express and Station Employees, an unincorporated association.

PER CURIAM.

The decree under review is affirmed, for the reasons expressed by Vice-Chancellor Egan in his opinion reported in *130 N. J. Eq. 75.*

In the opinion, however, the learned Vice-Chancellor discusses the question of the right of John J. Buckley, general chairman of the System Board of Adjustment of the Brotherhood and of the Brotherhood of Railway and Steamship Clerks, &c., itself to represent the clerks as bargaining agent with the employer Lehigh Valley Railroad Company. This question we do not consider necessary to the determination of the case and we consequently express no opinion thereon.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.